To: Honorable Judge Katharine S. Hayden,    July 15, 2010

(From:) Dana T. Tokley #248489 N.J.S.P. Trenton, N.J. 08625

(RE:) I would like to bring to your attention a few issues concerning my Trial attorney "Scott F. Griffith," and the state prosecutor's and State court's violated my Consitutional Rights.

Judge Hayden,

My trial attorney Scott F. Griffith, was so un'experience and unreasonable lack of knowledge of New Jersey Laws and Federal Laws- He did not know what a brady violation was and other Laws.. my P.C.R Attorney Mr. Stephen P. Hunter, had to explain the Brady law to him and other laws while he on the stand at my P.C.R. Heading, And the proof is in the P.C.R. Transcript's. My trial attorney Scott F. Griffith, was so un' expedience (4) Law firms has let him go do to his un-experience to criminal law. Now he's only doing civil law as he stated at my P.C.R. heading and municipal court. This attorney Scott F. Griffith, fell way below his standard.

(Second:) My constitutional rights was seriously violated by state prosecutor's and the state trial courts and the appellate state courts. They clearly ignore federal Laws and state laws. By using false other crime evidence in my trial and using a lying informant Jose Martinez. To falsely accuse me of a crime, I had nothing to do with at all. I'm a innocent man that wrongly convicted for a crime I never committed and I'm doing 55 years, while the Prosecutor's allow and had Jose Martinez, released from Prison on April 5, 2005 to his

family. A Federal U.S. Attorney that's in contact with my attorney now-- said Jose martinez is a "Sociopath" and would never believe him. However the state prosecutor's knew jose martinez was Lying and his statements was false and inconsistent and still charge me for a crime I do not commit. Note- JosE martinez was never charge at all with this crime!

I should of been had this conviction over turn & been home with my family. However the state court's Violated my constitutional rights and state, and Federal Laws and put themselves above the law. Thank you for your time on this matter.

Sincerely,
Dana P. Tokley

c/c
To. Stephen P. Hunter, Esq

D. Tokley #248489
P.O. Box-861
Trenton, N.J. 08625-0861

RECEIVED: CLERK
U.S. DISTRICT COURT
2010 JUL 22 A 10: 27

TRENTON N.J. 085
19 JUL 2010 PM 1 T

To: Hon. Judge Katharine S. Hayden, (U.S.D.J.)
United State District Court
District of New Jersey
P.O. Box-419
Newark, N.J. 07101-0419

* mailed out July 16, 2010 *

07101+0419