**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DANA T. TOKLEY,

        Petitioner,

  v.

MICHELLE RICCI, Administrator of New Jersey State Prison, and PAULA T. DOW, Attorney General for the State of New Jersey,

        Respondents.

Civ. Action No. 09-4546  (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

      For the reasons expressed in the accompanying opinion, petitioner's § 2254 petition for writ of habeas corpus [D.E. 1] is **denied**.  A certificate of appealability as to claims one and six of the petition is hereby issued.

January 19th, 2012

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.